**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Yadullahi Muhammad, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                   *Plaintiff*,

           - *against* -

Pride Hospitality LLC, and Jai Patel,

                                   *Defendant*.
-------------------------------------------------------------X

Case No. 1:22-cv-03047-ARR-RER

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

       WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Pride Hospitality LLC, and Jai Patel (together, the "Defendants"), having offered to allow Plaintiff Yadullahi Muhammad and opt-in Plaintiffs Michael Asencio and Jahod Boynton (collectively, the "Plaintiffs") to take a judgment against the Defendants in this action for the total sum of Seventy-Seven Thousand Five Hundred Dollars and No Cents ($77,500.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

       WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

       WHEREAS, a true and correct copy of the Proposed Judgment is annexed hereto as **Exhibit "B"**;

       NOTICE IS HEREBY GIVEN that Plaintiffs' attorney hereby confirms acceptance of Defendants' Offer of Judgment.

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

      By: _____
          Jason Mizrahi
          60 East 42nd Street, Suite 4700
          New York, NY 10165
          Tel. No.: (212) 792-0048
          Email: Jason@levinepstein.com
          *Attorneys for Plaintiffs*

VIA ECF: All Counsel

Encl.