# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Yadullahi Muhammad, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

    - against -

Pride Hospitality LLC, and Jai Patel,

                              *Defendant*.
-----------------------------------------------------------------X

Case No. 1:22-cv-03047-ARR-RER

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Pride Hospitality LLC, and Jai Patel (together, the "Defendants"), having offered to allow Plaintiff Yadullahi Muhammad and opt-in Plaintiffs Michael Asencio and Jahod Boynton (collectively, the "Plaintiffs") to take a judgment against the Defendants in this action for the total sum of Seventy-Seven Thousand Five Hundred Dollars and No Cents ($77,500.00) (the "Judgment Amount"), payable as follows:

1. An initial payment in the amount of Nineteen Thousand Three Hundred Seventy-Five Dollars and No Cents ($19,375.00) (the "Initial Payment"), payable within fourteen (14) days of the latter of: (i) Defendants' receipt of IRS tax forms from Plaintiffs and Plaintiffs' counsel; or (ii) the Court's entry of Judgment; followed by

2. Seven (7) monthly installment payments in the amount of Eight Thousand Three Hundred Three Dollars and Fifty-Seven Cents ($8,303.57) each (the "Monthly Installment Payments"), payable each month with the first Monthly Installment Payment due thirty (30) days following payment of the Initial Payment and the subsequent Monthly Installment Payments due every thirty (30) days thereafter.

inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiffs, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiffs' attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiffs have judgment in the amount of Seventy-Seven Thousand Five Hundred Dollars and No Cents ($77,500.00) as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____, 2022
      New York, New York

SO ORDERED:

_____
Hon. Ramon E. Reyes, Jr.
U.S.D.J.